# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**LUIS PALLARES,**

    Petitioner,

v.                                                                          No. 18-cv-0546 MV/SMV

**RICHARD MARTINEZ and**
**ATTORNEY GENERAL OF STATE OF NEW MEXICO,**

    Respondents.

## ORDER TO CURE DEFICIENCY

Petitioner submitted a Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [Doc. 1] on June 13, 2018. The Court determines that Petitioner's filing is deficient; specifically, Petitioner has not paid the $5.00 filing fee or filed an Application to Proceed in District Court without Prepaying Fees or Costs. Petitioner must include the civil action number (18-cv-0546 MV/SMV) of this case on all papers that he files in this proceeding. Failure to timely cure the designated deficiencies may result in dismissal of this proceeding without further notice.

**IT IS THEREFORE ORDERED** that Petitioner cure the deficiencies designated above **within 30 days** from entry of this order.

**IT IS FURTHER ORDERED** that the Clerk mail to Petitioner, together with a copy of this order, an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form).

**IT IS SO ORDERED.**

                                                            **STEPHAN M. VIDMAR**
                                                            **United States Magistrate Judge**